Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-732

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025



## Title

    **Title of Work:** Reading

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** November 22, 2023
    **Nation of 1st Publication:** Denmark

## Author

    • **Author:** Malerifabrikken A/S
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** Denmark

## Copyright Claimant

    **Copyright Claimant:** Malerifabrikken A/S
    Industrivej 1, Vejle, 7120, Denmark

## Rights and Permissions

    **Organization Name:** Malerifabrikken A/S
    **Email:** la@malerifabrikken.dk
    **Address:** Industrivej 1
    Vejle 7120 Denmark

## Certification

    **Name:** David Denholm
    **Date:** May 02, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-486**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 22, 2025

## Title

| | |
|---|---|
| Title of Work: | Close to Paris |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | November 22, 2023 |
| Nation of 1st Publication: | Denmark |

## Author

| | |
|---|---|
| • Author: | Malerifabrikken A/S |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | Denmark |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Malerifabrikken A/S<br>Industrivej 1, Vejle, 7120, Denmark |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Malerifabrikken A/S |
| Email: | la@malerifabrikken.dk |
| Address: | Industrivej 1<br>Vejle 7120 Denmark |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | May 02, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-731**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

   **Title of Work:** Gorgeous

## Completion/Publication

   **Year of Completion:** 2022
   **Date of 1st Publication:** January 10, 2023
   **Nation of 1st Publication:** Denmark

## Author

   • **Author:** Malerifabrikken A/S
   **Author Created:** 2-D artwork
   **Work made for hire:** Yes
   **Citizen of:** Denmark

## Copyright Claimant

   **Copyright Claimant:** Malerifabrikken A/S
   Industrivej 1, Vejle, 7120, Denmark

## Rights and Permissions

   **Organization Name:** Malerifabrikken A/S
   **Email:** la@malerifabrikken.dk
   **Address:** Industrivej 1
   Vejle 7120 Denmark

## Certification

   **Name:** David Denholm
   **Date:** May 02, 2025

