**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MALERIFABRIKKEN A/S,

    Plaintiff,                                                       Case No.: 1:26-cv-02315

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | 爆爆爆 |
| 2 | Rongmeijiashi |
| 3 | YuanLong Zhang |
| 4 | Yangguan Poster |
| 5 | The Canvas Collective |
| 6 | YL Minimalist Decoration |
| 7 | LF poster |
| 8 | Cyan poster |
| 9 | ZOEY WALL ART |
| 10 | Holiday decoration posters |
| 11 | DBY Digital oil painting factory |
| 12 | Luffy Wall Art |
| 13 | Boya canvas painting |
| 14 | QZMY local |
| 15 | Oil Painting Housez |
| 16 | OK poster |
| 17 | A big oil painting shop |
| 18 | LYY PAINTING ART |
| 19 | LYE Decorative Painting Expert |
| 20 | fengyangjianyiding |
| 21 | WanWanWan |
| 22 | H283720'shop |
| 23 | Nebula Brushworks |
| 24 | LJ decorative painting |

| | |
|---|---|
| 25 | poster draw |
| 26 | This wonderful poster |
| 27 | Decorate Your Future |
| 28 | iFamilyGiftsUS |
| 29 | Home of Posters |
| 30 | LLY Decorative poster |
| 31 | KGG Canvas Painting Shop |
| 32 | N Super decorative painting |
| 33 | Lumen Forge |
| 34 | chuangkeke |
| 35 | one apple poster |
| 36 | EAFJNI |
| 37 | F Sky Artwork |
| 38 | Artistic creator |
| 39 | just poster |
| 40 | A very good poster |
| 41 | Painted Room |
| 42 | D Aio decorative painting |
| 43 | Nanasoon Wall Art |
| 44 | WAXIUJ |
| 45 | L LAI decorative painting |
| 46 | ClassicPrintGallery |
| 47 | HSY WALL ART |
| 48 | Cocbei canvas painting |
| 49 | poster heaven |
| 50 | Boutique poster |
| 51 | A nice poster |
| 52 | NB Boom Poster |
| 53 | LYUAI |
| 54 | C Distant decorative painting |
| 55 | Oil painting station |
| 56 | AMETHYSTTT |
| 57 | Huang poster |
| 58 | SheChuu |
| 59 | XHY Decorative paintings and posters |
| 60 | Decorative Painting Sun |
| 61 | YATGIK |
| 62 | pink poster |
| 63 | han wall art |

| 64 | Sereincl ART |
|---|---|
| 65 | Artwork poster YY |
| 66 | This beautiful poster |
| 67 | XYOLI |
| 68 | Dream Decoration Painting |
| 69 | B Sincere Decorative painting |
| 70 | voguish poster |
| 71 | Artful Livin Wall Wonders Aesthetic Haven |
| 72 | Ice ice canvas painting |
| 73 | NAFTEI |
| 74 | super oil painting |
| 75 | Pictures on the wall |
| 76 | Magical posters |
| 77 | ArtHive |
| 78 | D Distant decorative painting |
| 79 | Focus on posters |
| 80 | Oil painting Superman |
| 81 | Niceposter |
| 82 | Sungharbor Home |
| 83 | Nice Poster House |
| 84 | BJX Digital oil painting expert |
| 85 | Family Decor Art poster |
| 86 | Personalized decorative painting |
| 87 | Color Poster |
| 88 | Ingrid poster |
| 89 | skt poster |
| 90 | Lucy poster design |
| 91 | chic poster |
| 92 | J Sincere Decorative painting |
| 93 | great poster |
| 94 | six six six poster |
| 95 | G Grateful Decorative painting |
| 96 | blue bay bay |
| 97 | one two poster |
| 98 | Beautiful flowers means love |
| 99 | MEOMNG |
| 100 | very excellent poster |
| 101 | XCK The significance of family happiness |
| 102 | HeGuangshangmao |

| | |
|---|---|
| 103 | DRT Decorative painting |
| 104 | RNG Decorative painting |
| 105 | TT HouseLife |