**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MALERIFABRIKKEN A/S,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-02315

Judge Elaine E. Bucklo

Magistrate Judge Maria Valdez

**STATUS REPORT**

Pursuant to Minute Entry Order [34], Plaintiff, MALERIFABRIKKEN A/S, ("Plaintiff"), files this status report solely on behalf of Plaintiff.

Plaintiff filed a motion for entry of default and default judgment [36] against the defendants who have failed to appear in this case on May 29, 2026. [36]. Defendants that have been dismissed are excluded from this motion. Plaintiff submitted a proposed default judgment order to the Court's proposed order inbox on May 29, 2026.

On May 29, 2026, the Court reset the tracking status for Plaintiff's motion for entry of default and default judgment [36] to July 21, 2026 [39]. Plaintiff intends to submit an updated proposed order to the Court's proposed order inbox by July 20, 2026.

As of the time of this report, if and once the default judgment order is entered, the case can be closed at the Court's earliest convenience.

1

DATED:  July 13, 2026                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

2