**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Malerifabrikken A/S

                                          Plaintiff,

v.                                                              Case No.:
                                                                1:26–cv–02315
                                                                Honorable Elaine E.
                                                                Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

     MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the status report. Plaintiff's motion for entry of default and default judgment against the defendants identified in First Amended Schedule A [36] is granted. Enter Default Final Judgment Order. The Clerk of the Court is directed to return the surety bond posted in the amount of ten thousand dollar ($10,000) to Plaintiff or its counsel JiangIP LLC, 33 West Jackson Boulevard, #2W Chicago, Illinois 60604. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.