**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MALERIFABRIKKEN A/S,<br><br>    Plaintiff,<br><br> v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 26-cv-02315<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Maria Valdez** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff MALERIFABRIKKEN A/S ("Malerifabrikken" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Malerifabrikken having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Malerifabrikken having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Malerifabrikken has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Malerifabrikken's federally registered copyrights, which are protected by United State Copyright Registration Nos. VA 2-453-732; VA 2-453-486; and VA 2-453-731 (the "Malerifabrikken Works") to residents of Illinois. In this case, Malerifabrikken has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Malerifabrikken Works. *See* Docket No. [17], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Malerifabrikken Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Malerifabrikken's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Malerifabrikken Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Malerifabrikken product or not authorized by Malerifabrikken to be sold in connection with the Malerifabrikken Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Malerifabrikken product or any other product produced by Malerifabrikken, that is not Malerifabrikken's or not produced under the authorization, control, or supervision of Malerifabrikken and approved by Malerifabrikken for sale under the Malerifabrikken Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Malerifabrikken, or are sponsored by, approved by, or otherwise connected with Malerifabrikken; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Malerifabrikken, nor authorized by Malerifabrikken to be sold or offered for sale, and which bear any of Malerifabrikken's

3

copyrights, including the Malerifabrikken Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Temu LLC ("Temu") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Malerifabrikken Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Malerifabrikken Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Malerifabrikken product or not authorized by Malerifabrikken to be sold in connection with the Malerifabrikken Works.

3. Upon Malerifabrikken's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Malerifabrikken Works.

4.    Pursuant to 17 U.S.C. § 504(c)(2), Malerifabrikken is awarded statutory damages from each of the Defaulting Defendants in the amount of five thousand dollars ($5,000) for willful use of infringing Malerifabrikken Works on products sold through at least the Defendant Internet Stores.

5.    Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and Temu, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.    All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and Temu, are hereby released to Malerifabrikken as partial payment of the above-identified damages, and Third Party Providers, including Amazon and Temu, are ordered to release to Malerifabrikken the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.    Until Malerifabrikken has recovered full payment of monies owed to it by any Defaulting Defendant, Malerifabrikken shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.    In the event that Malerifabrikken identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Malerifabrikken may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of

Lars Andersen and any e-mail addresses provided for Defaulting Defendants by third parties.

9.  The ten thousand dollar ($10,000) surety bond posted by Malerifabrikken is hereby released to Malerifabrikken or Plaintiff's counsel, JiangIP LLC, 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Malerifabrikken or Plaintiff's counsel.

This is a Default Final Judgment.

Dated:   7/22/2026

Elaine E. Bucklo
United States District Judge

**First Amended Schedule A**

| No. | Defendant |
|---|---|
| 1 | 爆爆爆 |
| 2 | Rongmeijiashi |
| 3 | YuanLong Zhang |
| 4 | Yangguan Poster |
| 5 | The Canvas Collective |
| 6 | YL Minimalist Decoration |
| 7 | LF poster |
| 8 | Cyan poster |
| 9 | ZOEY WALL ART |
| 10 | Holiday decoration posters |
| 11 | DBY Digital oil painting factory |
| 12 | |
| 13 | Boya canvas painting |
| 14 | QZMY local |
| 15 | Oil Painting Housez |
| 16 | OK poster |
| 17 | A big oil painting shop |
| 18 | LYY PAINTING ART |
| 19 | LYE Decorative Painting Expert |
| 20 | fengyangjianyiding |
| 21 | WanWanWan |
| 22 | H283720'shop |
| 23 | Nebula Brushworks |
| 24 | LJ decorative painting |
| 25 | poster draw |
| 26 | This wonderful poster |
| 27 | Decorate Your Future |
| 28 | iFamilyGiftsUS |
| 29 | Home of Posters |
| 30 | LLY Decorative poster |
| 31 | KGG Canvas Painting Shop |
| 32 | N Super decorative painting |
| 33 | Lumen Forge |
| 34 | chuangkeke |
| 35 | one apple poster |
| 36 | EAFJNI |

| 37 | F Sky Artwork |
|----|---------------|
| 38 | Artistic creator |
| 39 | just poster |
| 40 | A very good poster |
| 41 | Painted Room |
| 42 | D Aio decorative painting |
| 43 | Nanasoon Wall Art |
| 44 | WAXIUJ |
| 45 | L LAI decorative painting |
| 46 | ClassicPrintGallery |
| 47 | HSY WALL ART |
| 48 | Cocbei canvas painting |
| 49 | poster heaven |
| 50 | Boutique poster |
| 51 | A nice poster |
| 52 | NB Boom Poster |
| 53 | LYUAI |
| 54 | C Distant decorative painting |
| 55 | Oil painting station |
| 56 | AMETHYSTTT |
| 57 | Huang poster |
| 58 | SheChuu |
| 59 | XHY Decorative paintings and posters |
| 60 | Decorative Painting Sun |
| 61 | YATGIK |
| 62 | pink poster |
| 63 | han wall art |
| 64 | Sereincl ART |
| 65 | ███████████████ |
| 66 | This beautiful poster |
| 67 | ███████████████ |
| 68 | Dream Decoration Painting |
| 69 | B Sincere Decorative painting |
| 70 | voguish poster |
| 71 | Artful Livin Wall Wonders Aesthetic Haven |
| 72 | Ice ice canvas painting |
| 73 | NAFTEI |
| 74 | super oil painting |
| 75 | Pictures on the wall |

| 76 | Magical posters |
|---|---|
| 77 | ArtHive |
| 78 | D Distant decorative painting |
| 79 | Focus on posters |
| 80 | Oil painting Superman |
| 81 | Niceposter |
| 82 | Sungharbor Home |
| 83 | Nice Poster House |
| 84 | BJX Digital oil painting expert |
| 85 | Family Decor Art poster |
| 86 | Personalized decorative painting |
| 87 | Color Poster |
| 88 | Ingrid poster |
| 89 | skt poster |
| 90 | Lucy poster design |
| 91 | chic poster |
| 92 | J Sincere Decorative painting |
| 93 | great poster |
| 94 | six six six poster |
| 95 | G Grateful Decorative painting |
| 96 | blue bay bay |
| 97 | one two poster |
| 98 | Beautiful flowers means love |
| 99 | MEOMNG |
| 100 | very excellent poster |
| 101 | XCK The significance of family happiness |
| 102 | HeGuangshangmao |
| 103 | DRT Decorative painting |
| 104 | RNG Decorative painting |
| 105 | TT HouseLife |