✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. **26-cv-02315**   DATE FILED **3/2/2026** | USDC- Northern District of Illinois |
| PLAINTIFF **Malerifabrikken A/S** | DEFENDANT **The Partnerships and Unincorporated Associations Identified on Schedule A** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>**Thomas G. Bruton** | (BY) DEPUTY CLERK<br>**V. DioGuardi** | DATE<br>**7/23/2026** |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-732

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Reading |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | November 22, 2023 |
| **Nation of 1st Publication:** | Denmark |

## Author

| | |
|---|---|
| **• Author:** | Malerifabrikken A/S |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | Denmark |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Malerifabrikken A/S |
| | Industrivej 1, Vejle, 7120, Denmark |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Malerifabrikken A/S |
| **Email:** | la@malerifabrikken.dk |
| **Address:** | Industrivej 1 |
| | Vejle 7120 Denmark |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-486

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Close to Paris |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | November 22, 2023 |
| **Nation of 1st Publication:** | Denmark |

## Author

| | |
|---|---|
| **• Author:** | Malerifabrikken A/S |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | Denmark |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Malerifabrikken A/S |
| | Industrivej 1, Vejle, 7120, Denmark |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Malerifabrikken A/S |
| **Email:** | la@malerifabrikken.dk |
| **Address:** | Industrivej 1 |
| | Vejle 7120 Denmark |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-731

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | Gorgeous |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | January 10, 2023 |
| **Nation of 1st Publication:** | Denmark |

## Author
_____

| | |
|---|---|
| **Author:** | Malerifabrikken A/S |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | Denmark |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Malerifabrikken A/S |
| | Industrivej 1, Vejle, 7120, Denmark |

## Rights and Permissions
_____

| | |
|---|---|
| **Organization Name:** | Malerifabrikken A/S |
| **Email:** | la@malerifabrikken.dk |
| **Address:** | Industrivej 1 |
| | Vejle 7120 Denmark |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 02, 2025 |



# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Malerifabrikken A/S

          Plaintiff,

v.

          Case No.:
          1:26–cv–02315
          Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

    MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the status report. Plaintiff's motion for entry of default and default judgment against the defendants identified in First Amended Schedule A [36] is granted. Enter Default Final Judgment Order. The Clerk of the Court is directed to return the surety bond posted in the amount of ten thousand dollar ($10,000) to Plaintiff or its counsel JiangIP LLC, 33 West Jackson Boulevard, #2W Chicago, Illinois 60604. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ V. DIOGUARDI
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 23, 2026